February 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE TIMOTHY RAY BRADSHAW

NO. 14-13-00647-CR

_____

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

      We further order this decision certified below for observance.